## DuBose *et al. v.* Thomas.

LUMPKIN, J.  1. On the hearing, in the trial court, of exceptions of fact to an auditor's report, no new evidence other than that introduced before the auditor will be considered, except in those cases where a new trial would be granted after verdict on account of newly discovered evidence.  Civil Code (1910), § 5145.

2. Under the rule just stated, there was no error in denying the application of the exceptors to be permitted to introduce new evidence.

43

**3.** The case was an equitable proceeding, and the presiding judge was not compelled, as matter of course, to submit exceptions of fact to the jury. Civil Code (1910), § 5142.

**4.** After a careful consideration· of the exceptions both of law and fact, while the evidence contained in the record is not, in some particulars, clear and certain, nothing appears which renders a reversal proper.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*

AUGUST 17, 1911.

Exceptions to auditor's report. Before Judge Meadow. Elbert superior court. March 15, 1910.

*W. D. Tutt* and *Hines & Jordan,* for plaintiffs in error.

*Joseph N. Worley,* contra.